UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **5:19-cv-02126-JVS (MAA)** | Date: **January 17, 2020** |
| Title **Elijah Lee Miller v. D. Waters *et al*.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Why This Case Should Not Be Dismissed

On December 4, 2019, the Court denied Plaintiff Elijah Lee Miller's ("Plaintiff") Request to Proceed *In Forma Pauperis*. ("Order," ECF No. 8.) The Order granted Plaintiff leave to file an amended request to proceed *in forma pauperis* within 30 days, or the case would be dismissed. (*Id*.) On December 13, 2019, the Order was returned as undeliverable by the United States postal service. (ECF No. 13.)

To date, Plaintiff has neither submitted the $400 filing fee nor an amended request to proceed *in forma pauperis*.

Plaintiff is **ORDERED TO SHOW CAUSE** by **February 18, 2020** why the Court should not recommend that the case be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:19-cv-02126-JVS (MAA)**                                  Date:  **January 17, 2020**

Title   **Elijah Lee Miller v. D. Waters *et al*.**

<u>Attachment</u>
Order Denying Request to Proceed *In Forma Pauperis*  (ECF No. 8.)
Request to Proceed In Forma Pauperis with Declaration in Support (CV-60P)

|  |  |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |