UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **5:19-cv-02126-JVS (MAA)**                                          Date:  **May 26, 2020**

Title  **Elijah Lee Miller v. D. Waters et al.**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why This Case Should Not Be Dismissed**

On December 4, 2019, the Court denied Plaintiff Elijah Lee Miller's ("Plaintiff") Request to Proceed *In Forma Pauperis* ("Order"). (Order, ECF No. 8.) The Order granted Plaintiff leave to file an amended request to proceed *in forma pauperis* within 30 days, or the case would be dismissed. (*Id.*) On December 13, 2019, the Order was returned as undeliverable by the United States postal service. (ECF No. 13.)

On January 17, 2020, the Court ordered Plaintiff to show cause by February 18, 2020 why the Court should not recommend that the case be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* ("OSC"). (OSC, ECF No. 14.) The OSC stated that if Plaintiff submitted the $400 filing fee or an application to proceed *in forma pauperis* on or before February 18, 2020, the OSC would be discharged and no additional action need be taken. (*Id.*).

On March 2, 2020, Plaintiff filed a Motion for Extension of Time to Respond to the OSC ("Motion"), and a second Request to Proceed *In Forma Pauperis* ("Second IFP Request"). (Mot., ECF No. 17; Second IFP Req., ECF No. 16.) On March 4, 2020, the Court granted Plaintiff's Motion and accepted the late submission of the Second IFP Request. (ECF No. 20.)

On March 9, 2020, the Court denied Plaintiff's Second IFP Request, but granted Plaintiff leave to file an amended request to proceed *in forma pauperis* within 30 days, or the case would be dismissed. (ECF No. 21.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:19-cv-02126-JVS (MAA)**                                        Date:  **May 26, 2020**

Title   **Elijah Lee Miller v. D. Waters et al.**

To date, Plaintiff has neither submitted the $400 filing fee nor an amended request to proceed *in forma pauperis*.

Plaintiff is **ORDERED TO SHOW CAUSE** by **July 27, 2020** why the Court should not recommend that the case be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b).  If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment
Request to Proceed In Forma Pauperis with Declaration in Support (CV-60P)

**Time in Court:**  0:00
**Initials of Preparer:**  JM